Decided September 20, 1994

HOME INSURANCE COMPANY *v.* AETNA LIFE AND CASUALTY COMPANY

The defendant's petition for certification for appeal from the Appellate Court, 35 Conn. App. 94 (AC 12434), is granted, limited to the following issue:

"Under the circumstances of this case, did the Appellate Court properly reverse the trial court's summary judgment on the ground that this was a sufficient question of fact regarding whether Barry Schuss intended to cause damage, within the meaning of the defendant's policy exclusion?"

The Supreme Court docket number is SC 15052.

*Edward W. Case,* in support of the petition.

*William F. Gallagher,* in opposition.

Decided September 20, 1994